UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT PONZIO, et al., | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 18-12544 |
| v. | : | ORDER |
| MERCEDES-BENZ USA, LLC, and DAIMLER AG, | : | |
| Defendants. | : | |

This matter having come before the Court on Defendants' motions to dismiss [22, 37]; and

The Court having scheduled oral argument on the motions for September 17, 2019,

IT IS ORDERED this 21st day of May 2019 that the pending motions to dismiss [22, 37] be, and hereby are, ADMINISTRATIVELY TERMINATED pending oral argument on those motions set for September 17, 2019, at which time the motions will be reactivated with further instruction from the Court.

_____
JOSEPH H. RODRIGUEZ
U.S.D.J.