# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, KARINA KLOCZKO, JESSICA IRENE MILLER, THOMAS HAYES, ALEX ACUNA, BRIAN MADSEN, VANESSA M. MONTGOMERY, ROBERT MULL, HADIYA NELTHROPE, and SAMUEL SALGADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 1:18-cv-12544-JHR-JS<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF THOMAS HAYES** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Thomas Hayes gives notice of voluntary dismissal, without prejudice, of any claims against Mercedes-Benz USA LLC and Daimler AG.

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO

By: /s/Caroline F. Bartlett
   CAROLINE F. BARTLETT

Dated: October 4, 2019

682663v1