Joseph H. Blum
Thomas J. Sullivan
John M. Lyons
**SHOOK, HARDY & BACON, L.L.P.**
Two Commerce square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
jblum@shb.com
tsullivan@shb.com
jlyons@shb.com

*Attorneys for Defendants*
*Daimler AG and*
*Mercedes-Benz USA, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, KARINA KLOCZKO, JESSICA IRENE MILLER THOMAS HAYES, ALEX ACUNA, BRIAN MADSEN, VANESSA M. MONTGOMERY, ROBERT MULL HADIYA NELTHROPE, and SAMUEL SALGADO, on behalf of themselves and all others similarly situated, | Case No. 1:18-cv-12544-JHR-JS  *Document Electronically Filed*  Motion Date: December 7, 2020 |
| Plaintiffs, | **DEFENDANTS DAIMLER AG AND MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION TO DISMISS THE CLAIMS OF PLAINTIFFS MILLER, MONTGOMERY, AND ACUNA AS A SANCTION FOR SPOLIATION OF EVIDENCE** |
| v. | |
| MERCEDES-BENZ USA, LLC and DAIMLER AG, | *Oral Argument Requested* |
| Defendants. | |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 7, 2020, the undersigned, attorneys for Defendants Mercedes-Benz USA, LLC ("MBUSA") and Daimler AG ("Daimler") (collectively, "Defendants"), shall apply to the Honorable Joseph H. Rodriguez, United States District Court Judge, District of New Jersey, in Courtroom 5D of the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Room 1050, Camden, NJ 08101, and seek entry of an Order finding that Plaintiffs Miller, Montgomery, and Acuna (collectively, "Plaintiffs") engaged in intentional spoliation of relevant evidence.

**PLEASE TAKE FURTHER NOTICE** that by way of the Motion, Defendants are seeking an Order dismissing Plaintiffs' claims and entering judgment in Defendants' favor as a sanction for Plaintiffs' intentional spoliation of evidence.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendants shall rely on the accompanying Brief in Support of Motion, the concurrently filed Certification and Evidence (Exhibits A-O), Proposed Form of Order, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested for this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

Dated: November 10, 2020

/s/ *Thomas J. Sullivan*
Joseph H. Blum
Thomas J. Sullivan
John M. Lyons
Two Commercial Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone:  (215) 278-2555
Facsimile: (215) 278-2594
Email: jblum@shb.com
tsullivan@shb.com
jlyons@shb.com

Troy M. Yoshino *admitted pro hac vice*
Eric J. Knapp *admitted pro hac vice*
Scott J. Carr *admitted pro hac vice*
Squire Patton Boggs (US) LLP
275 Battery St., Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-988
Email:
troy.yoshino@squirepb.com
eric.knapp@squirepb.com
scott.carr@squirepb.com

Dara D. Mann *admitted pro hac vice*
Squire Patton Boggs (US) LLP
1230 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (678) 272-3221
Facsimile:  (678) 272-3211
Email: dara.mann@squirepb.com

***Attorneys for Defendants***

***MERCEDES-BENZ USA, LLC and
DAIMLER AG***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of November, 2020, the foregoing was filed and served on counsel of record via the Court's ECF system:


Dated: November 10, 2020                    /s/ *Thomas J. Sullivan*
                                                        Thomas J. Sullivan