UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, KARINA KLOCZKO, JESSICA IRENE MILLER, THOMAS HAYES, ALEX ACUNA, BRIAN MADSEN, VANESSA M. MONTGOMERY, ROBERT MULL, HADIYA NELTHROPE, and SAMUEL SALGADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 1:18-cv-12544-JHR-JS<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF ALEX ACUNA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Robert Ponzio, Jessica Irene Miller, Alex Acuna, Brian Madsen, Vanessa M. Montgomery, Robert Mull, Hadiya Nelthrope and Samuel Salgado and Defendants Mercedes-Benz USA, LLC and Daimler AG stipulate to a dismissal of Plaintiff Alex Acuna without prejudice.

DATED:  December 10, 2020

*/s/ Caroline F. Bartlett*
James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*/s/ Thomas J. Sullivan*
Joseph H. Blum
Thomas J. Sullivan
John M. Lyons
 **SHOOK, HARDY & BACON L.L.P.**
Two Commercial Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
(215) 278-2555