# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, KARINA KLOCZKO, JESSICA IRENE MILLER, THOMAS HAYES, ALEX ACUNA, BRIAN MADSEN, VANESSA M. MONTGOMERY, ROBERT MULL, HADIYA NELTHROPE, and SAMUEL SALGADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>Defendants. | Case No. 1:18-cv-12544-JHR-JS<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF VANESSA MONTGOMERY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Robert Ponzio, Jessica Irene Miller, Alex Acuna, Brian Madsen, Vanessa M. Montgomery, Robert Mull, Hadiya Nelthrope and Samuel Salgado and Defendants Mercedes-Benz USA, LLC and Daimler AG stipulate to a dismissal of Plaintiff Vanessa Montgomery without prejudice.

DATED:  December 10, 2020

| | |
|---|---|
| */s/ Caroline F. Bartlett*<br>James E. Cecchi<br>Caroline F. Bartlett<br>**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | */s/ Thomas J. Sullivan*<br>Joseph H. Blum<br>Thomas J. Sullivan<br>John M. Lyons<br>**SHOOK, HARDY & BACON L.L.P.**<br>Two Commercial Square<br>2001 Market St., Suite 3000<br>Philadelphia, PA 19103<br>(215) 278-2555 |

714254v1