Joseph H. Blum
Thomas J. Sullivan
John M. Lyons
**SHOOK, HARDY & BACON, L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
jblum@shb.com
tsullivan@shb.com
jlyons@shb.com

*Attorneys for Defendants
Daimler AG and
Mercedes-Benz USA, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, KARINA KLOCZKO, JESSICA IRENE MILLER, ALEX ACUNA, BRIAN MADSEN, VANESSA M. MONTGOMERY, ROBERT MULL HADIYA NELTHROPE, and SAMUEL SALGADO, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC and DAIMLER AG,<br><br>     Defendants. | No. 1:18-cv-12544-JHR-JS<br><br>*Document Electronically Filed*<br><br>**MOTION DATE:** January 19, 2021<br><br>**DEFENDANTS DAIMLER AG AND MERCEDES-BENZ USA, LLC'S NOTICE OF EXPEDITED MOTION TO STAY PENDING APPROVAL OF NATIONWIDE CLASS SETTLEMENT IN OVERLAPPING CLASS ACTION PROCEEDING**<br><br>*Oral Argument Requested* |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 19, 2021, the undersigned, attorneys for Defendants Mercedes-Benz USA, LLC ("MBUSA") and Daimler AG ("Daimler") (collectively, "Defendants"), shall apply to the Honorable Joseph H. Rodriguez, United States District Court Judge, District of New Jersey, in Courtroom 5D of the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Room 1050, Camden, NJ 08101, and seek entry of an Order to stay this action pending approval of a proposed nationwide class action settlement in *Pinon v. Daimler AG and Mercedes-Benz USA*, LLC, No. 1:18-cv-03984, Dkt. No. 70 (N.D. Ga. filed Dec. 21, 2020).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendants shall rely on the accompanying Brief in Support of Motion, the concurrently filed Exhibits A-F, Proposed Form of Order, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested for this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

1

| | |
|---|---|
| Dated: December 21, 2020 | /s/ *Thomas J. Sullivan*<br>Joseph H. Blum<br>Thomas J. Sullivan<br>John M. Lyons<br>Two Commercial Square<br>2001 Market St., Suite 3000<br>Philadelphia, PA 19103<br>Telephone: (215) 278-2555<br>Facsimile: (215) 278-2594<br>Email: jblum@shb.com<br>    tsullivan@shb.com<br>    jlyons@shb.com<br><br>Troy M. Yoshino *admitted pro hac vice*<br>Eric J. Knapp *admitted pro hac vice*<br>Scott J. Carr *admitted pro hac vice*<br>Squire Patton Boggs (US) LLP<br>275 Battery St., Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-988<br>Email:<br>    troy.yoshino@squirepb.com<br>    eric.knapp@squirepb.com<br>    scott.carr@squirepb.com<br><br>Dara D. Mann *admitted pro hac vice*<br>Squire Patton Boggs (US) LLP<br>1230 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309<br>Telephone: (678) 272-3221<br>Facsimile: (678) 272-3211<br>Email: dara.mann@squirepb.com<br><br>***Attorneys for Defendants MERCEDES-BENZ USA, LLC and DAIMLER AG*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2020, the foregoing was filed and served on counsel of record via the Court's ECF system:

Dated: December 21, 2020                   /s/ *Thomas J. Sullivan*
                                                                Thomas J. Sullivan