# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN             **DATE:** December 29, 2020

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**            **DOCKET NO. 18-12544(JHR)**
PONZIO ET AL
 v.
MERCEDES-BENZ USA, LLC

**APPEARANCES:**
James Cecchi, Caroline Bartlett, Mark Dearman and Steven Calamusa, Esqs. for Plaintiffs
Dara Mann, Scott Carr, Thomas Sullivan and Brian Lands, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**     Status Conference / Motion Hearing
Telephone Status Conference held on the record.
Hearing on defendant's [119] MOTION to Expedite, MOTION to Stay held on the record.
Ordered Motion GRANTED.
Order to be entered.

                                               s/Sarah Eckert
                                               **DEPUTY CLERK**

**TIME COMMENCED:** 11:25 a.m.
**TIME ADJOURNED:** 12:15 p.m.
**TOTAL TIME:** 50 minutes