

Thomas J. Sullivan

Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, Pennsylvania 19103
**t** 215.278.2555
**d** 215.575.3130
**f** 215.278.2594
tsullivan@shb.com

March 16, 2022

### *Via ECF and Facsimile (856) 757-5355*

The Honorable Matthew J. Skahill
United States District Court for the
   District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets, Room 2060
Camden, NJ 08101

   **Re:** *Robert Ponzio, et al. v. Mercedes-Benz USA, LLC, et al.*
        USDC D. NJ, Case No. 1:18-cv-12544-JHR-JS

Dear Judge Skahill:

     We write on behalf of Defendants Mercedes-Benz USA, LLC and Daimler AG to provide an update on the status of *Pinon, et al. v. Daimler AG and Mercedes-Benz USA, LLC,* No. 1:18-cv-03984-MHC (N.D. Ga.) in advance of the March 18 status conference and in accordance with the Court's text order dated December 15, 2021. On November 30, 2021, the Northern District of Georgia approved the nationwide settlement in *Pinon*.

     Since our December 14 letter, Plaintiffs have appealed the Order Granting Final Approval of Settlement in *Pinon* to the Court of Appeals for the Eleventh Circuit. *Robert Ponzio, et al. v. Emily Pinon, et. al.*, Case No. 21-14503 (11th Cir.). We do not expect a decision for several months. Accordingly, we request adjournment of the March 18 status conference.

     For the sake of planning any future status conference, we would be willing to provide an update by letter on June 17 concerning any decision of the Court of Appeals.

4876-3765-1222 v1

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.



March 16, 2022
Page 2

We appreciate Your Honor's attention to this matter.

Respectfully,

Thomas J. Sullivan
Partner

cc:  All Counsel of Record (*via ECF)*

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA| WASHINGTON, D.C.

4876-3765-1222 v1